**FILED**

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0594

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## SUPREME COURT CAUSE NO. DA-21-0594

_____

KIRK B. REISBECK,

        Plaintiff/Appellant,

v.

FARMERS INSURANCE EXCHANGE,

        Defendant/Appellee.

_____

## ORDER GRANTING APPELLANT'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

_____

Appellant Kirk Reisbeck has moved the Court for a second extension in which to file his Opening Brief. Appellant has satisfied the substantial need requirements of Rules 16 and 26(2), M.R.App.P, in seeking a second extension. Appellee Farmers Insurance Exchange has no objection to the requested two-week extension.

Accordingly, for good cause appearing, Appellant's motion is GRANTED. Appellant shall have until May 25, 2022, to prepare, file, and serve his Opening Brief.

Dated this _____ day of May, 2022.

        For the Court,


        By: _____

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 9 2022